## 3 Year Sales Forecast

| Pro Forma Profit and Loss | YEAR 1 | YEAR 2 | YEAR 3 |
|---|---|---|---|
| Net Sales | $897,880 | $987,668 | $1,086,435 |
| Direct Cost of Sales | $269,364 | $296,300 | $325,930 |
| Other Costs of Sales | $26,936 | $29,630 | $32,593 |
| Total Cost of Sales | $296,300 | $325,930 | $358,523 |
| Gross Margin | $601,580 | $661,738 | $727,911 |
| Gross Margin % | 64.00% | 67.00% | 67.00% |
| **Expenses** | | | |
| Labor | $161,618 | $177,780 | $195,558 |
| Marketing Fee | $17,958 | $19,753 | $21,729 |
| Depreciation | $10,000 | $10,000 | $10,000 |
| Rent (need yearly total) | $30,000 | $40,320 | $40,320 |
| Utilities (need projected yearly cost) | $4,000 | $4,200 | $4,410 |
| Insurance (need yearly cost) | $3,000 | $3,150 | $3,308 |
| Payroll Taxes | $17,958 | $19,753 | $21,729 |
| Phone/Internet/TV/Fax (Need Yearly Cost) | $1,128 | $1,128 | $1,184 |
| Royalty Fees | $44,894 | $49,383 | $54,322 |
| Maintenance (need projected yearly maintenance) | $1,000 | $1,050 | $1,103 |
| Dumpster/Grease Trap (need yearly cost) | $500 | $515 | $530 |
| Chamber of Commerce Dues (need yearly cost) | $1,000 | $1,000 | $1,000 |
| Accountant/Bookkeeper (provide cost if utilized if not put $0) | $500 | $515 | $530 |
| Payroll Service (provide cost if utilized if not put $0) | $500 | $515 | $530 |
| Vehicle Maintenance | $950 | $979 | $1,008 |
| Vehicle Fuel | $2,000 | $2,060 | $2,122 |
| Pest Control | $550 | $550 | $550 |
| **Total Operating Expenses** | $287,556 | $322,652 | $349,933 |
| **Operating Earnings (EBIT)** | $304,024 | $329,086 | $367,979 |
| **EBITDA** | $314,024 | $339,086 | $377,979 |
| Interest Expense | | | |
| Taxes Incurred | $68,899 | $74,578 | $83,392 |
| **Net Profit** | $235,125 | $254,508 | $284,586 |
| Net Profit/Sales | 26.19% | 25.77% | 26.19% |
| **Break Even Point** | 4.327409129 | | |

EXHIBIT 3