3 Year Sales Forecast

| Pro Forma Profit and Loss | YEAR 1 | YEAR 2 | YEAR 3 |
|---|---|---|---|
| Net Sales | $909,277 | $1,000,205 | $1,100,225 |
| Direct Cost of Sales | $272,783 | $300,061 | $330,068 |
| Other Costs of Sales | $27,278 | $30,006 | $33,007 |
| Total Cost of Sales | $300,061 | $330,068 | $363,074 |
| Gross Margin | $609,216 | $670,137 | $737,151 |
| Gross Margin % | 64.00% | 67.00% | 67.00% |
| **Expenses** | | | |
| Labor | $163,670 | $180,037 | $198,041 |
| Marketing Fee | $18,186 | $20,004 | $22,005 |
| Depreciation | $10,000 | $10,000 | $10,000 |
| Rent (need yearly total) | $30,000 | $40,320 | $40,320 |
| Utilities (need projected yearly cost) | $4,000 | $4,200 | $4,410 |
| Insurance (need yearly cost) | $3,000 | $3,150 | $3,308 |
| Payroll Taxes | $18,186 | $20,004 | $22,005 |
| Royalty Fees | $45,464 | $50,010 | $55,011 |
| Phone/Internet/TV/Fax (Need Yearly Cost) | $1,128 | $1,128 | $1,184 |
| Maintenance (need projected yearly maintenance) | $1,000 | $1,050 | $1,103 |
| Dumpster/Grease Trap (need yearly cost) | $500 | $515 | $530 |
| Chamber of Commerce Dues (need yearly cost) | $1,000 | $1,000 | $1,000 |
| Accountant/Bookkeeper (provide cost if utilized if not put $0) | $500 | $515 | $530 |
| Payroll Service (provide cost if utilized if not put $0) | $500 | $515 | $530 |
| Vehicle Maintenance | $950 | $979 | $1,008 |
| Vehicle Fuel | $2,000 | $2,060 | $2,122 |
| Pest Control | $550 | $550 | $550 |
| Total Operating Expenses | $290,633 | $326,037 | $353,656 |
| Operating Earnings (EBIT) | $308,583 | $334,100 | $373,495 |
| EBITDA | $318,583 | $344,100 | $383,495 |
| Interest Expense | | | |
| Taxes Incurred | $69,932 | $75,714 | $84,642 |
| Net Profit | $238,651 | $258,386 | $288,853 |
| Net Profit/Sales | 26.25% | 25.83% | 26.25% |
| Break Even Point | 4.327409129 | | |

EXHIBIT 4